IN THE US DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

LAWRENCE A. CAPLAN

     Plaintiff,

v.

DONALD J. TRUMP

     Defendant

_____/

### NOTICE OF FILING REVISED SUMMONS

     Petitioner herewith give notice of the filing of a revised summons with the correct number of days in which for Respondent to respond.

LAWRENCE A, CAPLAN, P.A.
1375 Gateway Blvd
Boynton Beach, FL 33426
Telephone: 561.245.0763
E-mail: lacaplanlaw@bellsouth.net

By:s/*lawrencecaplan*/

Florida Bar No. 400531