IN THE US DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:23-cv61828-RGR

LAWRENCE A. CAPLAN

    Plaintiff,

v.

DONALD J. TRUMP

    Defendant

_____/

**REVISED SUMMONS/PERSONAL SERVICE ON A NATURAL PERSON**

TO:    DONALD J. TRUMP
       270 SW Natura Avenue
       Deerfield Beach, FL 33441

**IMPORTANT**

    A lawsuit has been filed against you.  You have twenty-one (21) calendar days after this summons is served on you to file a written response to the attached complaint/petition with the Clerk of this Court.  A phone call will not protect you.  Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case.  If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

    If you choose to file a written response yourself. At the same time you file your written response with the Court you must also mail or take a copy of your written response to the Plaintiff named herein: Lawrence A. Caplan, P.A., 1375 Gateway Blvd., Boynton Beach, FL 33426

THE STATE OF FLORIDA:  To Each Sheriff of the State: You are commanded to serve this summons and a copy of the complaint/petition in this lawsuit on the above-named defendant.
DATED on _____, 2023.

                CLERK OF THE US DISTRICT COURT
                By:_____