IN THE US DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:23-cv61828-RGR

LAWRENCE A. CAPLAN

    Plaintiff,
v.

DONALD J. TRUMP

    Defendant
_____/

# NOTICE OF ENTRY OF PARTIES LISTED

Petitioner, Lawrence A. Caplan, herewith files this Notice of Entry of Parties Listed and states as follows:

Petitioners are: Lawrence A. Caplan, 1375 Gateway Blvd, Boynton Beach, FL 33426; Barry Butin, 101 SE 10th Street, Ft. Lauderdale, FL 33316; and Michael Strianese, 1544 Fieldbrook, Henderson, NV 89052.

Respondent is: Donald J. Trump. 1100 S. Ocean Blvd., Palm Beach, FL 33480

WHEREFORE, Petitioners ask that the additional parties be added into CM/ECF accordingly.

Respectfully submitted,

Ss/Lawrence A. Caplan/
Lawrence A. Caplan, P.A.
1375 Gateway Blvd
Boynton Beach, FL 33426
Telephone: 561.245.0763
E-Mail: lacaplanlaw@bellsouth.net
Florida bar No. 400531