AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| Lawrence Caplan<br>Barry Butin and<br>Michael Strianese<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Donal J. Trump<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   0:23-cv-61628-RLR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Donald J. Trump
1100 S. Ocean Blvd
Palm Beach, FL 33480

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:   Lawrence A. Caplan, P.A., 1375 Gateway Blvd, Boynton Beach, FL 33426

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

**SUMMONS**

Date:   _____08/28/2023_____

*s/ C.Davis*
_____   _____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court