To the: Court Clerk

August 31, 2023

FILED BY _____ D.C.
SEP 07 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue
Miami, FL 33128

RE: Case **0:23-cv-61628** *Amicus Curiae* LAWERENCE A. CAPLAN v. DONALD J. TRUMP

For the purpose of standing, the Petitioner claims he has standing because he has voted in the Presidential Election since 1976. If the court grants him standing, I too request on behalf of myself, and every American be granted standing.

Of course, based on this argument the petitioner DOES NOT have any standing.

In petitioners' reference that the 14th amendment excludes the President from participating in any future election is ridiculous, since President Trump has not been found guilty of anything and the two impeachments were only accusations and no convictions from the US Senate were ever brought down.

Petition also forgets to mention Presidential Immunity, which if the President was to have committed these acts, he has immunity.

Petitioner also fails to mention that the UNITED STATES CORPORATION, was dissolved and this court currently has no power to execute any suits on behalf of the UNITED STATES.

Petitioner also fails to mention that we are under Continuity Of Government (COG) and President Trump is still the Commander in Chief under this Wartime Presidency.

Based on just the standing issue this case should be dismissed, but if the court grants standing, ALL Americans WILL have standing.

Thank You

Richard Ulloa-Melton
PO BOX 280011
BROOKLYN, NEW YORK Republic [11228

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.

LAWRENCE A. CAPLAN

       Petitioner,

v.

DONALD J. TRUMP

       Respondent

## COMPLAINT AND REQUEST FOR DECLARATORY RELIEF

Petitioner now comes before this honorable Court seeking declaratory relief on the specific issue of whether candidate Donald J. Trump is indeed constitutionally prohibited from seeking a second term as President of the United States. Encompassed within this request for declaratory relief is a further determination as to whether candidate Trump is indeed even eligible to participate in the upcoming Florida Republican Party Primary scheduled for next spring in 2024.

In bringing this request for declaratory relief Petitioner has carefully studied the specific provisions of the U.S. Constitution which govern whether an individual who participates in an overt rebellion and/or insurrection against the U.S. government is effectively disqualified from service in the federal government, whether as a Representative, U.S. Senator, Vice-President or President of the United States.

For purposes of standing, Petitioner asserts that he had actively participated in the last twelve Presidential elections dating back to 1976 when he cast his first vote at the age of

ULLOA
PO BOX 280011
Brooklyn, New York Republic
[11228]

NEW YORK NY
1 SEP 2023 PM

Court Clerk
USDC Southern
US Courthouse
400 North Miami Ave
Miami, Florida
[3 3 1 2 8]